UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RACHEL MARIE JENNINGS, | Case No. 3:16-CV-00426-LRH-VPC |
|---|---|
| Plaintiff, | |
| | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (ECF No. 20) entered on March 29, 2017, recommending denying plaintiff's motion for remand or reversal (ECF No. 15) entered on January 12, 2017, and granting defendant's cross-motion to affirm (ECF No. 18) entered on February 13, 2017. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 20) entered on March 29, 2017, should be adopted and accepted.

///

1 | IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 20) entered on March 29, 2017, is adopted and accepted, and plaintiff's motion for remand or reversal (ECF No. 15) is DENIED.

IT IS FURTHER ORDERED that defendant's cross-motion to affirm (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter and close the case.

IT IS SO ORDERED.

DATED this 15th day of May, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE